IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv312

| | | |
|---|---|---|
| NEW JERUSALEM REBIRTH & RESTORATION MINISTRIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| PAUL MEYER and PEERLESS INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

Defendants removed this case from state court and filed Motions to Dismiss. Within twenty-one days of the filing of the motions, Plaintiff filed an Amended Complaint. See Fed. R. Civ. P. 15. Because the filing of an Amended Complaint supercedes the prior Complaint, rendering it void of legal significance, the Court **DENIES as moot** the Motions to Dismiss [# 2 & # 4]. Finally, the Court **GRANTS** the Motion for Extension of Time [# 18]. Plaintiff shall have until January 6, 2012, to file its Reply in support of its Motion to Remand.

Signed: December 28, 2011

Dennis L. Howell
United States Magistrate Judge

-1-